E-FILED
Wednesday, 21 November, 2018 06:29:59 PM
Clerk, U.S. District Court, ILCD

Page 1

1              IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF ILLINOIS
2                    STATE OF ILLINOIS

3
   RICHARD BROOKS,                    )
4                                     )
        Plaintiff,                    )
5                                     )
            vs.                       )   No. 17-CV-02265
6                                     )
   CITY OF KANKAKEE,                  )
7                                     )
        Defendant.                    )
8  ------------------------------

9

10

11

12

13

14           DEPOSITION OF CHRIS KIDWELL
                 October 2, 2018
15                   1:52 PM

16

17

18

19

20

21

22        June Haeme:  CSR # 084-003038

23

24

25

Exhibit C

Page 2

1              INDEX
2  APPEARANCES:
3  For the Plaintiff:
        Kenneth N. Flaxman
4       Attorney at Law
        Kenneth N. Flaxman, P.C.
5       200 S. Michigan Avenue, Suite 201
        Chicago, IL  60604
6       312.427.3200
        knf@kenlaw.com
7
   For the Defendant:
8       Michael Condon
        Attorney at Law
9       Hervas Condon & Bersani
        333 Pierce Road, #195
10      Itasca, IL  60143
        630.860.4342
11      mcondon@hcbattorneys.com
12
   Also Present:  Richard Brooks
13
14  EXAMINATION:
15  Mr. Flaxman.............. 4
16
17  EXHIBITS:
18      (No exhibits marked.)
19
20
21
22
23
24
25

Page 3

1              STIPULATION
2
3        IT IS HEREBY EXPRESSLY STIPULATED AND
4  AGREED by and between the parties that the
5  deposition of CHRIS KIDWELL may be taken on October
6  2, 2018, at the Public Safety Building, 385 E. Oak
7  Street, Kankakee, Illinois, pursuant to the Rules of
8  the Federal Court and the Rules of Federal Procedure
9  governing said depositions.
10
11
12        IT IS FURTHER STIPULATED that the
13  necessity for calling the Court Reporter for
14  impeachment purposes is waived.
15
16
17
18
19
20
21
22
23
24
25

Page 4

1        (Commencing at 1:52 p.m.)
2            CHRIS KIDWELL,
3  having first been duly sworn, testified as follows:
4        EXAMINATION BY
5        MR. FLAXMAN:
6     Q.  Could you state your name and spell your
7  last name please?
8     A.  Chris Kidwell, K-I-D-W-E-L-L.
9     Q.  What's your business or occupation?
10    A.  I'm a police officer with the Kankakee
11  City Police Department currently assigned to the
12  Kankakee Area Metropolitan Enforcement Group.
13    Q.  When did you first start working for the
14  Kankakee City Police Department?
15    A.  April 3rd, 1992.
16    Q.  Could you -- have you ever applied for a
17  higher position than patrol officer?
18    A.  Yes, I have.
19    Q.  And have you ever worked in a higher
20  position than patrol officer?
21    A.  Yes, I have.
22    Q.  Could you briefly give us your history
23  with --
24    A.  Yes.  Came here in 1992.  In 1996 I was
25  promoted to sergeant, worked on the street as a

Page 5

1  shift sergeant for some years or for some months
2  before I was assigned to the Problem-Oriented
3  Policing Unit to supervise that.  I did that until
4  1998 at which time I was assigned to the Kankakee
5  Area Metropolitan Enforcement Group.  I did that for
6  a couple years until I was promoted to lieutenant.
7        In 1999 I came back to the police
8  department, worked as a shift commander until 2003.
9  2003 I went back to the Kankakee Area Metropolitan
10  Enforcement Group where I worked 'til 2014.  2014 I
11  came back to the police department as the commander
12  of the patrol division.
13    Q.  Are you still the commander of the patrol
14  division?
15    A.  No, since I've now returned to the
16  Kankakee Area Metropolitan Enforcement Group as the
17  deputy director.
18    Q.  When did you stop being commander of the
19  patrol division?
20    A.  Middle of May of this year.
21    Q.  Have you ever been involved in promotions
22  in the Kankakee, in the City of Kankakee Police
23  Department?
24    A.  Yes, I have.
25    Q.  Have you ever been the person who decided

2 (Pages 2 - 5)

Page 6
1 who was getting promoted?
2    A.  I've been -- I've participated in the
3 process.
4    Q.  Okay.  Did you participate in any way in
5 the 2014 process?
6    A.  Yes, I did.
7    Q.  How did you participate in that process?
8    A.  I sat on the assessment center.
9    Q.  How many people would sit with you on the
10 assessment center?
11    A.  I believe it's five.
12    Q.  Were any of those people also Kankakee
13 city -- City of Kankakee police officer employees?
14    A.  Yes, sir, Commander Passwater.
15    Q.  And who were the other three people?
16    A.  I do not recall.  I know they were from
17 different agencies.  I don't recall their names.
18    Q.  Did you receive any training in what to do
19 in the assessment center?
20    A.  Yes, we did.
21    Q.  And who provided that training?
22    A.  I believe it was Laurie.  I can't --
23 honestly I can't think of her name.  She worked for
24 Standard and Associates.  She provided the training
25 before, before the event started.

Page 7
1    Q.  How -- what did that training consist of?
2    A.  She explained to us how the process
3 worked, that the candidates would be asked a series
4 of questions, each candidate would ask a question,
5 and that at the end of -- well, during the
6 questioning, we would document and write down notes
7 as far as, you know, how the candidate was doing,
8 because there's -- on each booklet, there's, you
9 know, points that they need to hit as far as the
10 questions go.  So at the end of the assessment for
11 that individual officer, then each panelist states
12 his score, and the goal was to try, you know, to be
13 within two points of each other.
14       So, for example, if out of 9 points, if I
15 gave somebody a 7 and somebody else gave him a 4,
16 try to articulate why I gave 7 points and the
17 panelist that gave 4 points would try to articulate,
18 and maybe we missed something or, you know, we would
19 share our observations.  And I may come down if I
20 missed something and the other panelist may come up,
21 but -- and that's pretty much what the training
22 consisted of.
23    Q.  So was this scoring system or this
24 discussion of scores, was that something that you
25 were taught by Laurie from Standard and Associates?

Page 8
1    A.  She -- yeah, she taught us how to -- I
2 mean she trained us how we were to score the
3 candidates.
4    Q.  And just so I'm clear, she trained you to
5 discuss your score and other people's scores?
6    A.  Yes, we -- we all air our scores out loud.
7    Q.  Do you remember Mr. Brooks appearing
8 before you in the 2014 promotion process?
9    A.  I really don't recall any of the officers
10 that appeared before -- I mean I obviously recall
11 them showing up, but I don't recall scoring them.
12    Q.  Well, do you know the man sitting to my
13 right?
14    A.  Yes, I do.
15    Q.  Do you remember, have you ever known that
16 he applied for promotion to sergeant?
17    A.  Yes.
18    Q.  Did you ever give -- do you have any
19 recollection at any time of being on an assessment
20 board where Mr. Brooks was appearing?
21    A.  Yes.
22    Q.  What year was that?
23    A.  2014.
24    Q.  Oh, okay.  Do you remember anything about
25 his performance?

Page 9
1    A.  No, I don't.
2    Q.  Do you remember whether anyone wanted to
3 give him a higher score and other people wanted to
4 give him a lower score?
5    A.  No, I don't.
6    Q.  When you would -- would you take any notes
7 during the assessment center process?
8    A.  Yes.
9    Q.  And was that part of the training that you
10 were to take notes?
11    A.  Yes.
12    Q.  Would your notes show what your original
13 score was and what the consensus score was?
14    A.  It may.
15    Q.  Do you know what happened to your notes?
16    A.  Everything was turned over to Standard and
17 Associates.
18    Q.  Do you remember the names of people from
19 the outside agencies who sat on the assessment
20 center?
21    A.  I do not.
22    Q.  Have you ever had any unpleasant
23 interactions with Mr. Brooks?
24    A.  I don't believe so.
25    Q.  Has he ever -- have you ever supervised

3 (Pages 6 - 9)

Page 10

1  him?
2     A.  Well, obviously as a patrol division
3  commander he was under my -- he was a subordinate of
4  mine, but I really don't recall if I was ever his
5  direct supervisor.
6     Q.  That was really the question.  Have you
7  ever directly supervised Mr. Brooks?
8     A.  I don't recall.
9     Q.  Okay.  Do you know someone named Paul
10  Berge?
11    A.  Paul Berge, yes, I do.
12    Q.  Was he a direct supervisee of you at any
13  time?
14    A.  Yes.
15    Q.  Does he work for KAMEG?
16    A.  He did.
17    Q.  Did he work for KAMEG when he was promoted
18  to sergeant?
19    A.  No, he did not.
20    Q.  Have you ever been involved in anything at
21  all related to preparation of the written test for
22  promotion to sergeant?
23    A.  Not to my knowledge.
24    Q.  Okay.  Do you know whether or not there
25  are study groups who have people who try to prepare

Page 11

1  for the promotional tests?
2     A.  I'm unaware of any.
3     Q.  So if I asked you if you ever assisted a
4  study group, what would the answer be?
5     A.  That would be no.
6     Q.  Okay.  Have you ever been involved in
7  rating Mr. Brooks's performance?
8     A.  The only time I would have rated -- that I
9  can recall rating Mr. Brooks's performance would be
10  for the merit points for promotion.
11    Q.  Did you ever assess Mr. Berge's
12  performance for merit points for promotion?
13    A.  Yes.
14    Q.  Do you remember anything at all about how
15  you rated or how you assessed Mr. Brooks for merit
16  points for promotion?
17    A.  No.
18    Q.  Do you remember how you assessed Mr. Berge
19  for merit points for promotion?
20    A.  No.
21    Q.  Did you ever learn that Mr. Berge had been
22  illegally using steroids?
23    A.  Yes.
24    Q.  Did you ever learn that Mr. Berge had been
25  involved in submitting a false police report about a

Page 12

1  car accident?
2     A.  Yes.
3     Q.  When did you learn about the false police
4  report and the car accident?
5     A.  Well, I -- I'm not sure of the exact time,
6  but I know I was in the patrol division at the time,
7  and I can't remember how I learned of it, if it was
8  from the chief or how it came about, but obviously I
9  was in the patrol division at the time.
10    Q.  Well, when were you in the --
11    A.  2014 to 2018.
12    Q.  Is that the same time you learned about
13  the false police report?
14    A.  Yes.
15       MR. CONDON:  I think that was your first
16  question.
17    Q.  I'm sorry, that was -- was that the first
18  time that you learned about the illegal drug use?
19    A.  No, I was -- Patrolman Berge was working
20  under my command at KAMEG when the steroid incident
21  came up, and following that, he was removed from
22  KAMEG.  He was assigned, returned to the patrol
23  division.  So those were two different times.
24    Q.  Do you remember what year that was?
25    A.  I do not.

Page 13

1     Q.  Did Mr. Berge ever go back to KAMEG?
2     A.  No, he did not.
3     Q.  Do you know if he stopped using steroids?
4     A.  I do not.
5     Q.  Let me ask you to look at Exhibit 1.  Have
6  you ever seen this before?
7     A.  I remember seeing this letter here.
8     Q.  Okay.  And by this letter here, you're
9  referring to --
10    A.  To the Kankakee City letterhead --
11    Q.  Okay.
12    A.  -- on 4/25/16, Patrolman Richard Brooks.
13    Q.  Okay, that's the letter that's at page 5
14  through 7 of Plaintiff's Exhibit 1; is that right?
15  It's marked Plaintiff's Exhibit 1 at the bottom, but
16  the front -- the whole document is Plaintiff's
17  Exhibit 1, Deposition Exhibit 1, and you're looking
18  at pages 5 through 7 for the letter.  When is the
19  first time you saw that letter?
20    A.  Sometime during when Chief Regnier was
21  here, I remember seeing it.  I can't remember if it
22  was before or after he submitted it to Officer
23  Brooks.
24    Q.  Well, were you present at the Police and
25  Fire Commission meeting at the Public Safety Center

4 (Pages 10 - 13)

Page 14

1  on April 12th of 2016?
2      A.  No.
3      Q.  Were you present at a hearing at the EEOC
4  in Chicago in 2014 with Mr. Brooks?
5      A.  No.
6      Q.  Were you present at a discipline hearing
7  in reference to a suspension of Mr. -- a proposed
8  suspension of Mr. Brooks on February 19, 2016?
9      A.  Not that I recall.
10     Q.  Did chief -- did the chief ever talk with
11 you about this letter that's at pages 5 through 7 of
12 Deposition Exhibit No. 1?
13     A.  I mean obviously I'm -- if the chief -- I
14 mean I remember reading the letter.  I don't
15 remember discussing the letter with the chief.
16     Q.  Do you remember how it was that you had
17 occasion to read the letter?
18     A.  He probably gave me a copy of it.  I'm
19 assuming.  I mean don't really recall, but I do
20 remember reading the letter.
21     Q.  Do you remember anything at all that the
22 chief at any time told you about the letter?
23     A.  No.
24     Q.  Do you remember anything the chief told
25 you at any time about Mr. Brooks?

Page 15

1      A.  No.
2      Q.  Did he ever tell you that he's a pain in
3  the butt?
4      A.  I don't remember those words exactly.  I
5  mean I know there was some friction between the two,
6  but I don't recall those words.
7      Q.  Do you know what the friction was about?
8      A.  Well, this right here what I'm reading,
9  you know.
10     Q.  By this, you're referring to the letter at
11 pages --
12     A.  Yes.
13     Q.  Let me finish the question -- at pages 5
14 through 7 of Deposition Exhibit No. 1.
15     A.  I'm sorry.
16     Q.  Is that right?
17     A.  Yes.
18     Q.  Okay.
19     A.  This [indicating].
20     Q.  Was it your decision to remove Mr. Berge
21 from KAMEG?
22     A.  No.
23     Q.  Whose decision was it?
24     A.  The chief.
25     Q.  Was it the chief of Kankakee?

Page 16

1      A.  Well, yes, Chief Regnier.
2      Q.  Were Illinois State Police involved in Mr.
3  Berge leaving KAMEG?
4      A.  Well, I'm sure they were, but I think the
5  chief probably removed him right away.  I can't
6  remember exactly how the process went, but obviously
7  he had to be indemnified and the state police
8  wouldn't indemnify him after that, after the use of
9  the steroids, so I'm -- I can't remember how, if the
10 chief removed him first or if KAMEG removed him, but
11 I know he was promptly removed.
12     Q.  Was Mr. Berge a muscle builder back when
13 he was using steroids?
14     A.  He was built really good, yeah.
15     Q.  Okay.  But did he like do bodybuilding and
16 perform --
17     A.  I don't know.  I didn't get that involved
18 in his --
19     Q.  Okay.
20     A.  -- extracurricular activities.  I just
21 knew he worked out.
22     Q.  Were you involved in him -- in Mr. Berge
23 being selected to be a sergeant?
24         MR. CONDON:  Let me just object to the
25 form of the question.  You mean in the decision to

Page 17

1  select him or was he --
2      Q.  Well, other than what we discussed already
3  today, were you involved in the decision to make Mr.
4  Berge a sergeant?
5      A.  No.
6         MR. FLAXMAN:  Okay, let's take a break.
7         (Pause at 2:07 p.m. to 2:11 p.m.)
8  BY MR. FLAXMAN:
9      Q.  When did you first learn about the
10 friction between the chief and Mr. Brooks?
11     A.  I don't really recall.  I just remember
12 during the time period of that letter chief was
13 frustrated.
14     Q.  Well, the letter is from 2016.  Do you
15 remember or do you know about a lawsuit in 2003 I
16 think that Mr. Brooks and some other African --
17     A.  Yes.
18     Q.  -- American officers were involved in?
19     A.  Uh-huh.
20     Q.  You have to say yes or no for the
21 reporter.
22     A.  Yes, ma'am, I do.
23     Q.  And did you ever hear the chief say
24 anything, former chief say anything about that
25 lawsuit?

5 (Pages 14 - 17)

Page 18

1    A.  No.
2    Q.  When did -- well, when the chief would
3 talk, talked about friction with Mr. Brooks, what
4 did he say?
5    A.  I remember -- I don't remember his words.
6 I just -- you know, I knew there was some
7 frustration about the letter, during the time period
8 of the letter.
9    Q.  Well, was he distressed that Mr. Brooks
10 was complaining about race discrimination?
11   A.  I don't recall that.
12   Q.  Did the chief ever tell you -- former
13 chief ever tell you that he was angry to have been
14 accused of racism?
15   A.  I don't recall that.
16   Q.  Okay.  Do you recall anything at all about
17 what the chief said about Mr. Brooks?
18   A.  Not really.
19   Q.  Well, when you say not really, what do you
20 mean?
21   A.  Well, I mean I -- I really don't.  I mean
22 during that letter I knew that there was some
23 frustration with the chief and -- but no, I don't.
24   Q.  All right.  Planning on leaving when you
25 have 30 years in?

Page 19

1    A.  I haven't made that decision yet.
2    Q.  Okay.
3    MR. FLAXMAN:  I have nothing further.
4    MR. CONDON:  Okay, and I don't have any
5 questions, so we'll reserve signature.
6    MR. FLAXMAN:  Okay, thank you.
7    (Adjourned at 2:13 p.m.)

Page 20

1 STATE OF ILLINOIS   )
                      )SS
2 COUNTY OF FORD      )
3
    I, June Haeme, a Notary Public in and for
4 the County of Ford, State of Illinois, do hereby
  certify that CHRIS KIDWELL, the deponent herein, was
5 by me first duly sworn to tell the truth, the whole
  truth and nothing but the truth, in the
6 aforementioned cause of action.
    That the following deposition was taken on
7 behalf of the Plaintiff at the Public Safety
  Building, 385 E. Oak Street, Kankakee, Illinois, on
8 October 2, 2018.
    That the said deposition was taken down in
9 stenograph notes and afterwards reduced to
  typewriting under my instruction; that the
10 deposition is a true record of the testimony given
  by the deponent; and that it was agreed by and
11 between the witness and attorneys that said
  signature on said deposition would not be waived.
12   I do further certify that I am a
  disinterested person in this cause of action; that I
13 am not a relative, or otherwise interested in the
  event of this action, and am not in the employ of
14 the attorneys for either party.
    IN WITNESS WHEREOF, I have hereunto set my
15 hand and affixed my notarial seal this 10th day of
  October, 2018.
16
17
18   s/June Haeme
19   _____
     NOTARY PUBLIC
20
21 "OFFICIAL SEAL"
22 June Haeme
   Notary Public, State of Illinois
23 My Commission Expires:
   September 28, 2020
24
25

Page 21

1        Veritext Legal Solutions
         1100 Superior Ave
2        Suite 1820
         Cleveland, Ohio 44114
3        Phone: 216-523-1313
4
  October 15, 2018
5
  To: Michael Condon
6
  Case Name: Brooks, Richard v. City Of Kankakee
7
  Veritext Reference Number: 3026727
8
  Witness:  Chris Kidwell    Deposition Date:  10/2/2018
9
10 Dear Sir/Madam:
11
   Enclosed please find a deposition transcript.  Please have the witness
12
   review the transcript and note any changes or corrections on the
13
   included errata sheet, indicating the page, line number, change, and
14
   the reason for the change.  Have the witness' signature notarized and
15
   forward the completed page(s) back to us at the Production address
16 shown
17 above, or email to production-midwest@veritext.com.
18
   If the errata is not returned within thirty days of your receipt of
19
   this letter, the reading and signing will be deemed waived.
20
21 Sincerely,
22 Production Department
23
24
25 NO NOTARY REQUIRED IN CA

Page 22

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 3026727
CASE NAME: Brooks, Richard v. City Of Kankakee
DATE OF DEPOSITION: 10/2/2018
WITNESS' NAME: Chris Kidwell
    In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
my testimony or it has been read to me.
    I have made no changes to the testimony
as transcribed by the court reporter.

_____
Date                    Chris Kidwell
    Sworn to and subscribed before me, a
Notary Public in and for the State and County,
the referenced witness did personally appear
and acknowledge that:

    They have read the transcript;
    They signed the foregoing Sworn
    Statement; and
    Their execution of this Statement is of
    their free act and deed.

    I have affixed my name and official seal

this _____ day of_____, 20____.

    _____
    Notary Public

    _____
    Commission Expiration Date

Page 23

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 3026727
CASE NAME: Brooks, Richard v. City Of Kankakee
DATE OF DEPOSITION: 10/2/2018
WITNESS' NAME: Chris Kidwell
    In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
my testimony or it has been read to me.
    I have listed my changes on the attached
Errata Sheet, listing page and line numbers as
well as the reason(s) for the change(s).
    I request that these changes be entered
as part of the record of my testimony.

    I have executed the Errata Sheet, as well
as this Certificate, and request and authorize
that both be appended to the transcript of my
testimony and be incorporated therein.
_____
Date                    Chris Kidwell

    Sworn to and subscribed before me, a
Notary Public in and for the State and County,
the referenced witness did personally appear
and acknowledge that:
    They have read the transcript;
    They have listed all of their corrections
    in the appended Errata Sheet;
    They signed the foregoing Sworn
    Statement; and
    Their execution of this Statement is of
    their free act and deed.
    I have affixed my name and official seal
this _____ day of_____, 20____.
    _____
    Notary Public

    _____
    Commission Expiration Date

Page 24

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS MIDWEST
    ASSIGNMENT NO: 10/2/2018
PAGE/LINE(S) /        CHANGE      /REASON
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____    _____
Date                    Chris Kidwell
SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
DAY OF _____, 20_____ .
    _____
    Notary Public

    _____
    Commission Expiration Date

| & | | | |
|---|---|---|---|
| **&**  2:9 | | | |

**2:07**  17:7
**2:11**  17:7
**2:13**  19:7

**address**  21:15
**adjourned**  19:7
**affixed**  20:15
　22:15 23:21
**aforementioned**
　20:6

**attorneys**  20:11,14
**authorize**  23:11
**ave**  21:1
**avenue**  2:5

**0**

**02265**  1:5
**084-003038**  1:22

**3**

**30**  18:25
**3026727**  21:7 22:2
　23:2
**312.427.3200**  2:6
**333**  2:9
**385**  3:6 20:7
**3rd**  4:15

**african**  17:16
**agencies**  6:17 9:19
**agreed**  3:4 20:10
**air**  8:6
**american**  17:18
**angry**  18:13
**answer**  11:4
**appear**  22:11
　23:15

**b**

**back**  5:7,9,11 13:1
　16:12 21:15
**behalf**  20:7
**believe**  6:11,22
　9:24
**berge**  10:10,11
　11:18,21,24 12:19
　13:1 15:20 16:3
　16:12,22 17:4
**berge's**  11:11
**bersani**  2:9
**board**  8:20
**bodybuilding**
　16:15
**booklet**  7:8
**bottom**  13:15
**break**  17:6
**briefly**  4:22
**brooks**  1:3 2:12
　8:7,20 9:23 10:7
　11:15 13:12,23
　14:4,8,25 17:10,16
　18:3,9,17 21:6
　22:3 23:3
**brooks's**  11:7,9
**builder**  16:12
**building**  3:6 20:7
**built**  16:14
**business**  4:9
**butt**  15:3

**1**

**1**  13:5,14,15,17,17
　14:12 15:14
**10/2/2018**  21:8
　22:3 23:3 24:2
**10th**  20:15
**1100**  21:1
**12th**  14:1
**15**  21:4
**17**  1:5
**1820**  21:2
**19**  14:8
**195**  2:9
**1992**  4:15,24
**1996**  4:24
**1998**  5:4
**1999**  5:7
**1:52**  1:15 4:1

**4**

**4**  2:15 7:15,17
**4/25/16**  13:12
**44114**  21:2

**appearances**  2:2
**appeared**  8:10
**appearing**  8:7,20
**appended**  23:11
　23:18
**applied**  4:16 8:16
**april**  4:15 14:1
**area**  4:12 5:5,9,16
**articulate**  7:16,17
**asked**  7:3 11:3
**assess**  11:11
**assessed**  11:15,18
**assessment**  6:8,10
　6:19 7:10 8:19 9:7
　9:19
**assigned**  4:11 5:2
　5:4 12:22
**assignment**  22:2
　23:2 24:2
**assisted**  11:3
**associates**  6:24
　7:25 9:17
**assuming**  14:19
**attached**  23:7
**attorney**  2:4,8

**5**

**5**  13:13,18 14:11
　15:13

**6**

**60143**  2:10
**60604**  2:5
**630.860.4342**  2:10

**2**

**2**  1:14 3:6 20:8
**20**  22:16 23:22
　24:22
**200**  2:5
**2003**  5:8,9 17:15
**201**  2:5
**2014**  5:10,10 6:5
　8:8,23 12:11 14:4
**2016**  14:1,8 17:14
**2018**  1:14 3:6
　12:11 20:8,15
　21:4
**2020**  20:23
**216-523-1313**  21:3
**28**  20:23

**7**

**7**  7:15,16 13:14,18
　14:11 15:14

**8**

**8705**  20:18

**9**

**9**  7:14

**a**

**accident**  12:1,4
**accused**  18:14
**acknowledge**
　22:11 23:16
**act**  22:14 23:20
**action**  20:6,12,13
**activities**  16:20

**c**

**ca**  21:25
**calling**  3:13
**candidate**  7:4,7

**candidates** 7:3 8:3
**car** 12:1,4
**case** 21:6 22:3
  23:3
**cause** 20:6,12
**center** 6:8,10,19
  9:7,20 13:25
**central** 1:1
**certificate** 23:11
**certification** 22:1
  23:1
**certify** 20:4,12
**change** 21:13,14
  23:8 24:3
**changes** 21:12
  22:7 23:7,9
**chicago** 2:5 14:4
**chief** 12:8 13:20
  14:10,10,13,15,22
  14:24 15:24,25
  16:1,5,10 17:10,12
  17:23,24 18:2,12
  18:13,17,23
**chris** 1:14 3:5 4:2
  4:8 20:4 21:8 22:4
  22:9 23:4,13
  24:20
**city** 1:6 4:11,14
  5:22 6:13,13
  13:10 21:6 22:3
  23:3
**civil** 22:5 23:5
**clear** 8:4
**cleveland** 21:2
**come** 7:19,20
**command** 12:20
**commander** 5:8
  5:11,13,18 6:14
  10:3
**commencing** 4:1

**commission** 13:25
  20:23 22:19 23:25
  24:25
**complaining** 18:10
**completed** 21:15
**condon** 2:8,9
  12:15 16:24 19:4
  21:5
**consensus** 9:13
**consist** 7:1
**consisted** 7:22
**copy** 14:18
**corrections** 21:12
  23:17
**county** 20:2,4
  22:10 23:15
**couple** 5:6
**court** 1:1 3:8,13
  22:7
**csr** 1:22 20:19
**currently** 4:11
**cv** 1:5

### d

**d** 4:8
**date** 21:8 22:3,9
  22:19 23:3,13,25
  24:20,25
**day** 20:15 22:16
  23:22 24:22
**days** 21:18
**dear** 21:10
**decided** 5:25
**decision** 15:20,23
  16:25 17:3 19:1
**deed** 22:14 23:20
**deemed** 21:19
**defendant** 1:7 2:7
**department** 4:11
  4:14 5:8,11,23
  21:22

**deponent** 20:4,10
**deposition** 1:14
  3:5 13:17 14:12
  15:14 20:6,8,10,11
  21:8,11 22:1,3
  23:1,3
**depositions** 3:9
**deputy** 5:17
**different** 6:17
  12:23
**direct** 10:5,12
**directly** 10:7
**director** 5:17
**discipline** 14:6
**discrimination**
  18:10
**discuss** 8:5
**discussed** 17:2
**discussing** 14:15
**discussion** 7:24
**disinterested**
  20:12
**distressed** 18:9
**district** 1:1,1
**division** 5:12,14
  5:19 10:2 12:6,9
  12:23
**document** 7:6
  13:16
**doing** 7:7
**drug** 12:18
**duly** 4:3 20:5

### e

**e** 3:6 4:8 20:7
**eeoc** 14:3
**either** 20:14
**email** 21:17
**employ** 20:13
**employees** 6:13
**enclosed** 21:11

**enforcement** 4:12
  5:5,10,16
**entered** 23:9
**entire** 22:5 23:5
**errata** 21:13,18
  23:7,10,18 24:1
**event** 6:25 20:13
**exact** 12:5
**exactly** 15:4 16:6
**examination** 2:14
  4:4
**example** 7:14
**executed** 23:10
**execution** 22:14
  23:19
**exhibit** 13:5,14,15
  13:17,17 14:12
  15:14
**exhibits** 2:17,18
**expiration** 22:19
  23:25 24:25
**expires** 20:23
**explained** 7:2
**expressly** 3:3
**extracurricular**
  16:20

### f

**false** 11:25 12:3,13
**far** 7:7,9
**february** 14:8
**federal** 3:8,8
**find** 21:11
**finish** 15:13
**fire** 13:25
**first** 4:3,13 12:15
  12:17 13:19 16:10
  17:9 20:5
**five** 6:11
**flaxman** 2:3,4,15
  4:5 17:6,8 19:3,6

**following**  12:21
 20:6
**follows**  4:3
**ford**  20:2,4
**foregoing**  22:13
 23:18
**form**  16:25
**former**  17:24
 18:12
**forward**  21:15
**free**  22:14 23:20
**friction**  15:5,7
 17:10 18:3
**front**  13:16
**frustrated**  17:13
**frustration**  18:7
 18:23
**further**  3:12 19:3
 20:12

**g**

**getting**  6:1
**give**  4:22 8:18 9:3
 9:4
**given**  20:10
**go**  7:10 13:1
**goal**  7:12
**good**  16:14
**governing**  3:9
**group**  4:12 5:5,10
 5:16 11:4
**groups**  10:25

**h**

**haeme**  1:22 20:3
 20:19,22
**hand**  20:15
**happened**  9:15
**hcbattorneys.com**
 2:11
**hear**  17:23

**hearing**  14:3,6
**hereunto**  20:14
**hervas**  2:9
**higher**  4:17,19 9:3
**history**  4:22
**hit**  7:9
**honestly**  6:23
**huh**  17:19

**i**

**il**  2:5,10
**illegal**  12:18
**illegally**  11:22
**illinois**  1:1,2 3:7
 16:2 20:1,4,7,22
**impeachment**  3:14
**incident**  12:20
**included**  21:13
**incorporated**
 23:12
**indemnified**  16:7
**indemnify**  16:8
**index**  2:1
**indicating**  15:19
 21:13
**individual**  7:11
**instruction**  20:9
**interactions**  9:23
**interested**  20:13
**involved**  5:21
 10:20 11:6,25
 16:2,17,22 17:3,18
**itasca**  2:10

**j**

**june**  1:22 20:3,19
 20:22

**k**

**k**  4:8
**kameg**  10:15,17
 12:20,22 13:1
 15:21 16:3,10

**kankakee**  1:6 3:7
 4:10,12,14 5:4,9
 5:16,22,22 6:12,13
 13:10 15:25 20:7
 21:6 22:3 23:3
**kenlaw.com**  2:6
**kenneth**  2:3,4
**kidwell**  1:14 3:5
 4:2,8 20:4 21:8
 22:4,9 23:4,13
 24:20
**knew**  16:21 18:6
 18:22
**knf**  2:6
**know**  6:16 7:7,9
 7:12,18 8:12 9:15
 10:9,24 12:6 13:3
 15:5,7,9 16:11,17
 17:15 18:6
**knowledge**  10:23
**known**  8:15

**l**

**l**  4:8,8
**laurie**  6:22 7:25
**law**  2:4,8
**lawsuit**  17:15,25
**learn**  11:21,24
 12:3 17:9
**learned**  12:7,12,18
**leaving**  16:3 18:24
**legal**  21:1 24:1
**letter**  13:7,8,13,18
 13:19 14:11,14,15
 14:17,20,22 15:10
 17:12,14 18:7,8,22
 21:19
**letterhead**  13:10
**lieutenant**  5:6
**line**  21:13 23:7
 24:3

**listed**  23:7,17
**listing**  23:7
**look**  13:5
**looking**  13:17
**loud**  8:6
**lower**  9:4

**m**

**ma'am**  17:22
**madam**  21:10
**man**  8:12
**marked**  2:18
 13:15
**mcondon**  2:11
**mean**  8:2,10 14:13
 14:14,19 15:5
 16:25 18:20,21,21
**meeting**  13:25
**merit**  11:10,12,15
 11:19
**metropolitan**  4:12
 5:5,9,16
**michael**  2:8 21:5
**michigan**  2:5
**middle**  5:20
**midwest**  21:17
 24:1
**mine**  10:4
**missed**  7:18,20
**months**  5:1
**muscle**  16:12

**n**

**n**  2:3,4
**name**  4:6,7 6:23
 21:6 22:3,4,15
 23:3,4,21
**named**  10:9
**names**  6:17 9:18
**necessity**  3:13
**need**  7:9

notarial  20:15
notarized  21:14
notary  20:3,19,22
    21:25 22:10,18
    23:15,23 24:23
note  21:12
notes  7:6 9:6,10,12
    9:15 20:9
number  21:7,13
numbers  23:7

**o**

oak  3:6 20:7
object  16:24
observations  7:19
obviously  8:10
    10:2 12:8 14:13
    16:6
occasion  14:17
occupation  4:9
october  1:14 3:5
    20:8,15 21:4
officer  4:10,17,20
    6:13 7:11 13:22
officers  8:9 17:18
official  20:21
    22:15 23:21
oh  8:24
ohio  21:2
okay  6:4 8:24 10:9
    10:24 11:6 13:8
    13:11,13 15:18
    16:15,19 17:6
    18:16 19:2,4,6
oriented  5:2
original  9:12
outside  9:19

**p**

p.c.  2:4
p.m.  4:1 17:7,7
    19:7

page  13:13 21:13
    21:15 23:7 24:3
pages  13:18 14:11
    15:11,13
pain  15:2
panelist  7:11,17
    7:20
part  9:9 23:9
participate  6:4,7
participated  6:2
parties  3:4
party  20:14
passwater  6:14
patrol  4:17,20
    5:12,13,19 10:2
    12:6,9,22
patrolman  12:19
    13:12
paul  10:9,11
pause  17:7
people  6:9,12,15
    9:3,18 10:25
people's  8:5
perform  16:16
performance  8:25
    11:7,9,12
period  17:12 18:7
person  5:25 20:12
personally  22:11
    23:15
phone  21:3
pierce  2:9
plaintiff  1:4 2:3
    20:7
plaintiff's  13:14
    13:15,16
planning  18:24
please  4:7 21:11
    21:11
pm  1:15

points  7:9,13,14
    7:16,17 11:10,12
    11:16,19
police  4:10,11,14
    5:7,11,22 6:13
    11:25 12:3,13
    13:24 16:2,7
policing  5:3
position  4:17,20
preparation  10:21
prepare  10:25
present  2:12 13:24
    14:3,6
pretty  7:21
probably  14:18
    16:5
problem  5:2
procedure  3:8
    22:5 23:5
process  6:3,5,7 7:2
    8:8 9:7 16:6
production  21:15
    21:17,22
promoted  4:25 5:6
    6:1 10:17
promotion  8:8,16
    10:22 11:10,12,16
    11:19
promotional  11:1
promotions  5:21
promptly  16:11
proposed  14:7
provided  6:21,24
public  3:6 13:25
    20:3,7,19,22 22:10
    22:18 23:15,23
    24:23
purposes  3:14
pursuant  3:7

**q**

question  7:4 10:6
    12:16 15:13 16:25
questioning  7:6
questions  7:4,10
    19:5

**r**

race  18:10
racism  18:14
rated  11:8,15
rating  11:7,9
read  14:17 22:5,6
    22:12 23:5,6,17
reading  14:14,20
    15:8 21:19
really  8:9 10:4,6
    14:19 16:14 17:11
    18:18,19,21
reason  21:14 23:8
    24:3
recall  6:16,17 8:9
    8:10,11 10:4,8
    11:9 14:9,19 15:6
    17:11 18:11,15,16
receipt  21:18
receive  6:18
recollection  8:19
record  20:10 23:9
reduced  20:9
reference  14:7
    21:7 22:2 23:2
referenced  22:11
    23:15
referring  13:9
    15:10
regnier  13:20 16:1
related  10:21
relative  20:13
remember  8:7,15
    8:24 9:2,18 11:14

11:18 12:7,24
13:7,21,21 14:14
14:15,16,20,21,24
15:4 16:6,9 17:11
17:15 18:5,5
**remove** 15:20
**removed** 12:21
16:5,10,10,11
**report** 11:25 12:4
12:13
**reporter** 3:13
17:21 22:7
**request** 23:9,11
**required** 21:25
**reserve** 19:5
**returned** 5:15
12:22 21:18
**review** 21:12 22:1
23:1
**richard** 1:3 2:12
13:12 21:6 22:3
23:3
**right** 8:13 13:14
15:8,16 16:5
18:24
**road** 2:9
**rules** 3:7,8 22:5
23:5

**s**

**s** 2:5 21:15 23:8,8
24:3
**safety** 3:6 13:25
20:7
**sat** 6:8 9:19
**saw** 13:19
**score** 7:12 8:2,5
9:3,4,13,13
**scores** 7:24 8:5,6
**scoring** 7:23 8:11
**seal** 20:15,21
22:15 23:21

**seeing** 13:7,21
**seen** 13:6
**select** 17:1
**selected** 16:23
**september** 20:23
**sergeant** 4:25 5:1
8:16 10:18,22
16:23 17:4
**series** 7:3
**set** 20:14
**share** 7:19
**sheet** 21:13 23:7
23:10,18 24:1
**shift** 5:1,8
**show** 9:12
**showing** 8:11
**shown** 21:16
**signature** 19:5
20:11,18 21:14
**signed** 22:13 23:18
**signing** 21:19
**sincerely** 21:21
**sir** 6:14 21:10
**sit** 6:9
**sitting** 8:12
**solutions** 21:1
24:1
**somebody** 7:15,15
**sorry** 12:17 15:15
**spell** 4:6
**ss** 20:1
**standard** 6:24
7:25 9:16
**start** 4:13
**started** 6:25
**state** 1:2 4:6 16:2
16:7 20:1,4,22
22:10 23:15
**statement** 22:13
22:14 23:19,19

**states** 1:1 7:11
**stenograph** 20:9
**steroid** 12:20
**steroids** 11:22
13:3 16:9,13
**stipulated** 3:3,12
**stipulation** 3:1
**stop** 5:18
**stopped** 13:3
**street** 3:7 4:25
20:7
**study** 10:25 11:4
**submitted** 13:22
**submitting** 11:25
**subordinate** 10:3
**subscribed** 22:10
23:14 24:21
**suite** 2:5 21:2
**superior** 21:1
**supervise** 5:3
**supervised** 9:25
10:7
**supervisee** 10:12
**supervisor** 10:5
**sure** 12:5 16:4
**suspension** 14:7,8
**sworn** 4:3 20:5
22:10,13 23:14,18
24:21
**system** 7:23

**t**

**take** 9:6,10 17:6
**taken** 3:5 20:6,8
**talk** 14:10 18:3
**talked** 18:3
**taught** 7:25 8:1
**tell** 15:2 18:12,13
20:5
**test** 10:21
**testified** 4:3

**testimony** 20:10
22:6,7 23:6,9,12
**tests** 11:1
**thank** 19:6
**think** 6:23 12:15
16:4 17:16
**thirty** 21:18
**three** 6:15
**time** 5:4 8:19
10:13 11:8 12:5,6
12:9,12,18 13:19
14:22,25 17:12
18:7
**times** 12:23
**today** 17:3
**told** 14:22,24
**trained** 8:2,4
**training** 6:18,21
6:24 7:1,21 9:9
**transcribed** 22:7
**transcript** 21:11
21:12 22:5,12
23:5,11,17
**true** 20:10
**truth** 20:5,5,5
**try** 7:12,16,17
10:25
**turned** 9:16
**two** 7:13 12:23
15:5
**typewriting** 20:9

**u**

**uh** 17:19
**unaware** 11:2
**unit** 5:3
**united** 1:1
**unpleasant** 9:22
**use** 12:18 16:8

**[v - years]**                                                                 Page 6

| v |
|---|
| **v**   21:6 22:3 23:3 |
| **veritext**   21:1,7 |
|    24:1 |
| **veritext.com.** |
|    21:17 |
| **vs**   1:5 |

| w |
|---|
| **w**   4:8 |
| **waived**   3:14 20:11 |
|    21:19 |
| **wanted**   9:2,3 |
| **way**   6:4 |
| **went**   5:9 16:6 |
| **whereof**   20:14 |
| **witness**   20:11,14 |
|    21:8,11 22:1,4,11 |
|    23:1,4,15 |
| **witness'**   21:14 |
| **words**   15:4,6 18:5 |
| **work**   10:15,17 |
| **worked**   4:19,25 |
|    5:8,10 6:23 7:3 |
|    16:21 |
| **working**   4:13 |
|    12:19 |
| **write**   7:6 |
| **written**   10:21 |

| y |
|---|
| **yeah**   8:1 16:14 |
| **year**   5:20 8:22 |
|    12:24 |
| **years**   5:1,6 18:25 |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.