IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Richard Brooks, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| -vs- | )   No.  17-cv-2265 |
| | ) |
| City of Kankakee, Illinois, | ) |
| | ) |
| *Defendant.* | ) |

## PLAINTIFF'S MOTIONS IN LIMINE

Plaintiff, by counsel, submits the following motions in limine.

### I. Introduction

Plaintiff Richard Brooks contends that he was denied equal employment opportunities because of his race on the oral interview component of defendant's 2014 police sergeant promotional examination. Plaintiff also contends that he was the subject of retaliation because of his complaints of race discrimination.

### II. Motions in Limine

**1. Prohibit cross-examination and argument about the absence of direct evidence of discrimination**

Defendants may seek to bring before the jury testimony that plaintiff did not hear former Chief Regnier (or anyone else involved in the promotion process) use racial slurs against plaintiff. Plaintiff will not support his claim with direct evidence of racial animus. The Court should therefore

exclude testimony or argument about the lack of direct evidence of racial animus because it is not relevant and is unfairly prejudicial.

## 2. Prohibit evidence about promotion of other African-American officers

Defendant may seek to introduce evidence about the number of African-American officers promoted to sergeant. The Court should not permit this use of a "bottom line" defense. *Connecticut v. Teal*, 457 U.S. 440 (1982).

        Respectfully submitted,

/s/ <u>Kenneth N. Flaxman</u>
Kenneth N. Flaxman
ARDC No. 08830399
Joel A. Flaxman
200 S Michigan Ave Ste 201
Chicago, IL 60604-2107
(312) 427-3200

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Michael W. Condon and G. David Mathues, all at HERVAS, CONDON & BERSANI, P.C., 333 W. Pierce Road, Suite 195, Itasca, IL 60143-3156  and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/  Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC 830399
200 S Michigan Ave, Ste 201
Chicago, Illinois 60604
(312) 427-3200
*an attorney for plaintiff*