AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

RICHARD BROOKS

V.

CITY OF KANKAKEE, IL

## EXHIBIT AND WITNESS LIST

Case Number: 17-2265

| PRESIDING JUDGE<br>COLIN S. BRUCE | PLAINTIFF'S ATTORNEY<br>Flaxman | DEFENDANT'S ATTORNEY<br>Hervas, Mathues |
|---|---|---|
| TRIAL DATE(S)<br>4/30/19 & 5/1/19 | COURT REPORTER<br>LC | COURTROOM DEPUTY<br>TC |

| JOINT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/30/2019 | X | X | Letter dated 4/25/16 from City of Kankakee Chief of Police Regnier to Brooks - Regnier |
| 2 | | 4/30/2019 | X | X | Agreed Judgment Order entered 9/22/205 in US District Court Case No.l 03-2115 - Regnier |
| 3 | | 4/30/2019 | X | X | IDHR Charge - Brooks |
| 4 | | 4/30/2019 | X | X | Berge Last Chance Discipline Agreement - Regnier |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages