UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RICHARD BROOKS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-cv-2265 |
| CITY OF KANKAKEE, ILLINOIS, | ) |
| Defendant. | ) |

## JURY VERDICT

On Plaintiff's retaliation claim against Defendant we, the jury, find in favor of:

(CHECK ONE) Plaintiff_____ Defendant___✓_____

If you find in favor of Plaintiff, you must determine what damages, if any, Plaintiff suffered. If you find in favor of Defendant you will not award damages.

We find Plaintiff's compensatory damages to be: $_____.

Fill in the date, and each juror must sign the form.

Date: 5/1/19

s/Foreperson

_[signature]_
Presiding Juror
s/Juror

_[signature]_
s/Juror

_[signature]_
s/Juror

_[signature]_

s/Juror

_[signature]_
s/Juror

_[signature]_
s/Juror

_[signature]_
s/Juror

_[signature]_

27