Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Richard Brooks,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 17-2265 |
| | ) |
| **City of Kankakee Illinois,** | ) |
| | ) |
| **Defendant.** | ) |

## AMENDED JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that Plaintiff recover nothing on his claim against Defendant that the April 25, 2016, reprimand was in retaliation for engaging in protected activity.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff recover nothing on his claim against Defendant that he was not promoted to sergeant in retaliation for engaging in protected activity.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant is awarded costs in the amount of $1,435.55 from Plaintiff.

**Dated: February 20, 2020**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court