IN THE UNITED STATES DISTRICT COURT  
FOR THE CENTRAL DISTRICT OF ILLINOIS  
URBANA DIVISION

| | |
|---|---|
| Richard Brooks, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| -vs- | ) No. 17-cv-2265 |
| | ) |
| City of Kankakee, Illinois, | ) |
| | ) |
| *Defendant.* | ) |

## NOTICE OF APPEAL

Notice is hereby given that Richard Brooks, plaintiff above named, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgment, originally entered on May 2, 2019 and amended on February 20, 2020, and the order entered on February 24, 2020 denying plaintiff's post-trial motions.

/s/ <u>Kenneth N. Flaxman</u>  
Kenneth N. Flaxman  
ARDC 830399  
200 S Michigan Ave, Ste 201  
Chicago, Illinois 60604  
(312) 427-3200  
*an attorney for plaintiff*